Frank J. Polek, SBN 167852
POLEK LAW
3033 Fifth Avenue, Suite 225
San Diego, California 92103
619-550-2455
619-274-8166 (fax)
frank@poleklaw.com

Attorney for Plaintiff
KRISTEN M. BUTLER

Antoinette R. Tutt, SBN 194625
KULUVA, ARMIJO & GARCIA
555 S. Flower Street, Suite 600
Los Angeles, CA 90071
213-612-5335 (office)
213-619-5712 (fax)
atutt@kuluvalaw.com

Attorney for Defendant
EURPAC SERVICE INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN M. BUTLER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>EURPAC SERVICE INCORPORATED, a Connecticut corporation, doing business as Dunham & Smith Agencies; JAMES ADAMS, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 15-cv-02201-LAB-JLB<br><br>**JOINT MOTION TO DISMISS**<br><br>Hon. Larry A. Burns |

Pursuant to this Court's Order Scheduling Settlement Disposition Conference, dated November 13, 2015 (docket # 14), the parties hereby jointly move to dismiss the case in its entirety and with prejudice.

On November 12, 2015, an Early Neutral Evaluation Conference was held before the Honorable Magistrate Judge Jill Burkhardt.  A settlement was reached.  The parties

have subsequently agreed to and executed a formal settlement agreement. The settlement funds have been paid.

Accordingly, the parties hereby jointly move to dismiss this case in its entirety and with prejudice, with each side to bear her/its own fees and costs.

Dated: December 7, 2015

POLEK LAW

By: s/ Frank J. Polek
Frank J. Polek
Attorney for Plaintiff
KRISTEN M. BUTLER

Dated: December 7, 2015

KULUVA, ARMIJO & GARCIA

By: /s/ Antoinette Tutt
Antoinette R. Tutt
Attorney for Defendant
EURPAC SERIVCE, INC.