# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN M. BUTLER,<br><br>                              Plaintiff,<br>        vs.<br>EURPAC SERVICE INC., et al.,<br><br>                              Defendants. | CASE NO. 15cv2201-LAB (JLB)<br><br>**ORDER OF DISMISSAL** |

     The parties' joint motion for dismissal (Docket no. 15) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

     **IT IS SO ORDERED**.

DATED:  December 9, 2015

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge